IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02916-WYD

CECIL BYNUM,

    Applicant,

v.

KEVIN MILYARD, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

    Applicant has filed a Notice of Appeal.  Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order to Dismiss in Part and for Answer entered by the Court on April 27, 2011.  No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254.  The Court will not issue a certificate of appealability in this action because no final order has been entered.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    Dated: February 9, 2012.

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       CHIEF UNITED STATES DISTRICT JUDGE