IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02916-WYD

CECIL BYNUM,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER

---

The matter before me is the "Applicant's Reply to Respondent's [sic] Response to Motion Requesting Clarification of Court Order," Doc. No. 53. In the Reply, Applicant asks permission to reply to Respondents' February 8, 2012 Response to Motion, Doc. No. 46. The request is denied. As nothing precludes me from ruling on a motion at any time after it is filed, *see* D.C.COLO.LCivR 7.1.C., I ruled on Applicant's Motion Requesting Clarification on February 17, 2012. Even if I consider Applicant's Reply, nothing supports a reversal of my findings in the February 17 Order that denied Applicant's third motion to reconsider the April 29, 2011 Order. Accordingly, it is

ORDERED that Applicant's request, Doc. No. 53, for permission to reply to Respondents' Response is **DENIED**.

Dated:  March 5, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge