IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02916-WYD

CECIL BYNUM,

    Applicant,

v.

KEVIN MILYARD, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

This matter is before the Court on Applicant's "Motion Requesting Permission to File Addendum to the 2254 or a Successive 2254, Combined Motion Requesting Appointment of Counsel," [ECF No. 56], filed on June 4, 2012.  This case is currently held in abeyance pending the availability of the state court record.  The instant motion is inappropriate at this time and shall be **DENIED**.

Dated:  June 14, 2012

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge