IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02916-WYD

CECIL BYNUM,

    Applicant,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO LIFT STAY AND
## FOR STATE COURT RECORD

    On June 16, 2011, the Court entered an order staying this action until the state court record is available.  Respondents filed a status report on September 10, 2015, that indicates the state court appeal concluded on August 24, 2015, when the Colorado Supreme Court denied Applicant's petition for certiorari review.  The state court record in Criminal Case No. 05CR1502, therefore, now is available.  Accordingly, it is

    ORDERED that the stay entered on June 16, 2011, is **LIFTED**.  It is

    FURTHER ORDERED that within **thirty days** from the date of this Order Respondents and the Clerk of the Denver District Court shall file with this Clerk of the Court, in electronic format if available, a complete record of the state court proceedings in Case No. 05CR1502, including all documents in the state court file and transcripts of all proceedings conducted in the state court, along with physical evidence that is relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of this Court is directed to send copies of this Order to the following:

(1) Clerk of the Court
Denver County District Court
1437 Bannock Street
Room 256
Denver, Colorado 80202; and

(2) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202.

Dated:  October 7, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge